128 A.3d 764

Niajah DEEDS, a Minor by her Legal Guardian,
Julia RENZULLI, Respondent

v.

UNIVERSITY OF PENNSYLVANIA MEDICAL CENTER,
Hospital of the University of Pennsylvania and Trustees
of the University of Pennsylvania, Petitioners.

Supreme Court of Pennsylvania.

Dec. 3, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of December, 2015, the June 12, 2015 Order **VACATED,** and the Petition for Allowance of Appeal is dismissed as **MOOT.**